[No. 75695-8-I.   Division One.   November 14, 2016.]

DEUTSCHE BANK TRUST COMPANY AMERICAS, *as Indenture Trustee, Respondent*, v. ALBERTO E. AVALO ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-2-07188-0, Susan Serko, J., entered September 25, 2015. *Affirmed* by unpublished opinion per Leach, J., concurred in by Verellen, C.J., and Dwyer, J.

[No. 46159-5-II.   Division Two.   November 15, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES TEWEE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 10-1-01517-5, John F. Nichols, J., entered April 16, 2014. *Affirmed* by unpublished opinion per Lee, J., concurred in by Worswick and Sutton, JJ.

[No. 47042-0-II.   Division Two.   November 15, 2016.]

*In the Matter of the Personal Restraint of* JOSE GASTEAZORO-PANIAGUA, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Bjorgen, C.J., concurred in by Worswick and Lee, JJ.

[No. 47399-2-II.   Division Two.   November 15, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD JAMES SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-00572-4, Bryan E. Chushcoff, J., entered March 20, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Lee and Melnick, JJ.